IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01CR00015-001H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF REMISSION |
| | ) | |
| WALTER LEE CLINE, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

It having been shown reasonable efforts to collect the ordered fine in this action are not likely to be effective, the Court hereby orders that the unpaid fine imposed is hereby remitted in the interest of justice. 18 U.S.C. § 3573.

So ordered this __28th__ day of __March__, 2011.

_____
MALCOLM J. HOWARD
Senior United States District Court Judge